UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYMANTEC CORPORATION, | ) | Civil No. 07cv1402-JLS(BLM) |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |
| GLOBE 2000 CORP., et al., | ) | |
| Defendants. | ) | |

On <u>October 17, 2007</u> at <u>1:30 p.m.</u> the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Mark Baute on behalf of plaintiff and Steven Dillick on behalf of defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

1        2.     The Rule 26(f) conference shall be completed on or
2   before **November 7, 2007**;
3        3.     A joint discovery plan shall be <u>lodged</u> with Magistrate
4   Judge Barbara L. Major on or before **November 14, 2007**;
5        4.     Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
6   occur on or before **November 20, 2007**; and,
7        5.     A Case Management Conference pursuant to Rule 16(b)
8   shall be held on **November 29, 2007** at **1:30 p.m.**, or as soon
9   thereafter as the Court's calendar will allow, with the chambers of
10  Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
11  Court will initiate the conference call.
12       Parties are hereby warned that failure to comply with this
13  Order may result in the imposition of sanctions.  Additionally,
14  failure to respond to discovery requests or to comply with the
15  Federal Rules of Civil Procedure regarding discovery may result in
16  the imposition of sanctions including monetary sanctions,
17  evidentiary sanctions and the dismissal or default of your case.
18       **IT IS SO ORDERED.**
19  DATED:   October 17, 2007

21                                      BARBARA L. MAJOR
                                        United States Magistrate Judge

25
    COPY TO:
26
    HONORABLE JANIS L. SAMMARTINO
27  UNITED STATES DISTRICT JUDGE

28  ALL COUNSEL AND PARTIES