# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>GLOBE 2000 CORP., et al.,<br>　　　　　　　　　　　Defendants. | CASE NO. 07-CV-1402 JLS (BLM)<br><br>**ORDER: SETTING MOTION CUTOFF DATE** |

　　　As stated by the Court at the status conference held on November 12, 2009, any motions in this matter must be filed on or before <u>January 29, 2009</u>.

　　　IT IS SO ORDERED.

DATED: November 13, 2009

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge